# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEYPATH EDUCATION, INC., | |
| Plaintiff, | |
| v. | Case No. 17-CV-2319-JTM-GLR |
| VATTEROTT EDUCATIONAL CENTERS, INC., d/b/a VATTEROTT COLLEGE, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Vatterott Educational Centers, Inc.'s ("Vatterott") Motion to Temporarily Stay Proceedings (ECF 11). The Missouri Circuit Court for the County of St. Louis appointed Howard S. Samuels as a general receiver over the assets of Vatterott pursuant to the Missouri Commercial Receivership Act ("MCRA").[1] Pursuant to the MCRA, "[t]he entry of an order appointing a general receiver shall operate as a stay, applicable to all persons, of (1) The commencement or continuing . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the entry of the order of appointment."[2] In *Alexander v. BF Labs Inc.*, this Court granted a motion for temporary stay of proceedings following the appointment of a receiver by the United States District Court for the Western District of Missouri "to achieve the purposes of the receivership and to prevent interference with his responsibilities to handle the administration of the receivership estate."[3] Similarly, the Court here finds that a temporary stay will "serve[] both judicial economy and efficiency to briefly stay this matter while [the receiver] complies with his

---

[1] ECF 9-1.

[2] Mo. Rev. Stat. § 515.575(1).

[3] No. 14-2159-KHV, 2014 WL 5406890, at *3 (D. Kan. Oct. 22, 2014).

duties."[4]  Furthermore, Plaintiff does not oppose Defendant's motion.  For these reasons, the Court finds good cause to grant Defendant's motion to temporarily stay proceedings.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant Vatterott Educational Centers, Inc.'s Motion to Temporarily Stay Proceedings (ECF 11) is **granted**.  The proceedings in this matter are stayed through August 28, 2017.

**IT IS SO ORDERED.**

Dated: August 9, 2017

*s/Gerald L. Rushfelt*
Gerald L. Rushfelt
U. S. Magistrate Judge

---

[4] *Id.*